JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN LOFTIS, an individual, ANNALIES LOFTIS, an individual,<br><br>　　　　　Plaintiffs<br><br>　　vs.<br><br>HOMEWARD RESIDENTIAL, INC., formerly known as AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:13-CV-00467-CJC-JPR<br><br>*Honorable Cormac J. Carney*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently with Stipulation for Dismissal]* |

　　The Court, having reviewed the Stipulation for Dismissal of Plaintiff, ALVIN LOFTIS, and Defendant, HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., and for good cause appearing, hereby **ORDERS** as follows:

///

///

///

1 |      1.    The above-captioned action is dismissed in its entirety as to all parties WITH PREJUDICE.

**IT IS SO ORDERED.**

Date: March 11, 2014        _____
                                      The Honorable Cormac J. Carney
                                      U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE